UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-24906-CMA

JAMES WATSON,

    Plaintiff,

v.

ORLEBAR BROWN MIAMI, LLC,
d/b/a Orlebar Brown

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JAMES WATSON, and Defendant, ORLEBAR BROWN MIAMI, LLC, d/b/a Orlebar Brown, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and this Court Order [DE 20], hereby jointly stipulate the dismissal of this action with prejudice, and respectfully requests that this Court terminate the action.

Respectfully submitted this May 6, 2024.

| By: */s/ J. Courtney Cunningham* | By: */s/ Jose I. Leon* |
|---|---|
| J. Courtney Cunningham, Esq. | Jose I. Leon, Esq. |
| FBN: 628166 | Florida Bar No. 0958212 |
| **J. Courtney Cunningham, PLLC.** | **Gordon Rees Scully Mansukhani** |
| 8950 SW 74th Court, Suite 2201 | 100 SE Second Street, Suite 3900 |
| Miami, Florida 33156 | Miami, Florida 33131 |
| T: 305-351-2014 | Telephone: 305-428-5322 |
| cc@cunninghampllc.com | jleon@grsm.com |
| legal@cunninghampllc.com | jleon@gordonrees.com |
| | dsalinas@grsm.com |
| | efarmer@gordonrees.com |
| | rsymons@gordonrees.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**Watson v. Orlebar Brown**
**Case No. 23-cv-24906-CMA**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2024, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*
